DOROTHY E. COOL v. THE PLANNING BOARD OF THE BOROUGH OF BERNARDSVILLE.

June 12, 1984.

Petition for certification denied.

IN THE MATTER OF LOVELADIES HARBOR INC. & LOVELADIES HARBOR UNIT D, INC.

June 12, 1984.

Petition for certification denied.

DAVID CAMP v. TRANSIT CASUALTY COMPANY.

June 12, 1984.

Petition for certification denied.

GREGORY ALLEN STENGEL v. JOAN H. WISKOWSKI.

June 12, 1984.

Petition for certification denied.